CONTINENTAL CASUALTY COMPANY, a Corporation, v. HOUDRY PROCESS CORPORATION, a Corporation.

No. 4444.

United States Court of Appeals Tenth Circuit.

Dec. 12, 1952.

W. B. Handley, Dallas, Tex., and B. W. Tabor, Tulsa, Okl., for appellant.

John D. M. Hamilton, Philadelphia, Pa., and Villard Martin and Garrett Logan, Tulsa, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed December 12, 1952, on motion of appellant.

COMMISSIONER OF INTERNAL REVENUE, Petitioner v. Lamar D. FAIN, Minnie Rhea Fain, Chas. P. McGaha and Ruby McGaha, Respondents.

No. 14183.

United States Court of Appeals Fifth Circuit.

Jan. 20, 1953.

Ellis N. Slack, Acting Asst. Atty. Gen., Morton K. Rothschild, Sp. Asst. to Atty. Gen., and Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Harry C. Weeks, Fort Worth, Tex., for respondents.

Before HUTCHESON, Chief Judge, and STRUM and RIVES, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel for the parties, that the decisions of the Tax Court of the United States in the above entitled and numbered consolidated causes be reversed and that the cases be remanded to the said Tax Court for further proceedings in accordance with the opinion of the Supreme Court of the United States in Arrowsmith v. Commissioner, 344 U.S. 6, 73 S.Ct. 71, and by the decision of this Court in United States v. Eastland, 5 Cir., 199 F.2d 956.

On consideration whereof, it is now here ordered and adjudged by this Court in accordance with said stipulation, that the decisions of the Tax Court of the United States in the above entitled and numbered consolidated causes, be and the same are hereby reversed, and that said consolidated causes be remanded to the said Tax Court for further proceedings in accordance with the opinions in Arrowsmith v. Commissioner and United States v. Eastland, supra.

Reversed and remanded on joint stipulation.

In the Matter of FRED JACOBS SHOE & SLIPPER MFG. CORP., Bankrupt, William J. Henry, Appellant.

No. 181, Docket 22586.

United States Court of Appeals Second Circuit.

Argued Feb. 5, 1953.

Decided Feb. 5, 1953.

William Henry (Allen Murray Myers, New York City, of counsel), pro se.

No appearance for bankrupt.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.